**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
--------------------------------------------X
                                             |
Naomi Davies,                                |        NOTICE OF APPEAL
                                             |
          -V-                                |
                                             |
New York City Department of Education,       |
and Sarah Scrogin                            |    10  civ.  5981   (RA)
                                             |
--------------------------------------------X
```

Plaintiff

Notice is hereby given that _____Naomi. Davies_____

(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

granting summary judgment to Defendants

entered in this action on the _____29th_____ day of _____March_____ , _____2013_____ .
                                  (day)              (month)              (year)

_____
(Signature)

100 Church Street 8th Floor
_____
(Address)

New York NY 10007
_____
(City, State and Zip Code)

(212) 537 - 6859
_____
(Telephone Number)

Date: ___4/22/13___

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).